# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

JUDAH HARGROVE,

          Petitioner,    :    Case No. 1:16-cv-1011

  - vs -                         District Judge Susan J. Dlott
                                     Magistrate Judge Michael R. Merz

Warden,
  Lebanon Correctional Institution

                                          :

          Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

April 12, 2019.

                                                                        s/ *Michael R. Merz*
                                                              United States Magistrate Judge